# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>-vs-<br><br>CHRISTOPHER BRUCE GOOCH and<br>CHRISTOPHER ALLEN JONES,<br>                              Defendants. | Case No.    2:22-CR-0135-RMP-1 and 2<br>CRIMINAL MINUTES<br><br>DATE:    FEBRUARY 14, 2023<br>LOCATION:    SPOKANE<br><br>PRETRIAL CONFERENCE<br>AND MOTION HEARING |
|---|---|

| Hon. Rosanna Malouf Peterson | | |
|---|---|---|
| Allison Yates<br>**Courtroom Deputy** | LC1<br>**Law Clerk** | Allison Anderson<br>**Court Reporter** |
| Caitlin Baunsgard<br>**Government Counsel** | Lorinda Meier Youngcourt and Frank Cikutovich<br>**Defense Counsel** | |

**[ X ]  Open Court**         **[   ]  Chambers**         **[   ]  Telecon**

Defendant Gooch present in custody of United States Marshal with appointed counsel.

Defendant Christopher Allen Jones present via Zoom in custody at Whitman County Jail with Attorney Frank Cikutovich via Zoom.

Defense counsel Lorinda Meier Youngcourt addressed the Court and advised Defendant Gooch and the United States have agreed to terms of plea agreement and request a change of plea hearing be set.

Change of Plea hearing is set for 02/21/2023 at 3:30 PM.

The Court addressed Mr. Cikutovich's motion to continue. No response has been filed by the government. The Court grants Defendant's motion to continue.

Defendant Christopher Allen Jones executed a Waiver of Speedy Trial on 02/07/2023 at ECF No. 51.

**Pretrial Conference: 05/09/2023 at 9:30 AM in Spokane**
**Jury Trial: 05/22/2023**

**[ X ]  ORDER FORTHCOMING**

| CONVENED:  10:33 A.M. | ADJOURNED:  10:38 A.M. | TIME:  5 MINS. | CALENDARED   [   ] |
|---|---|---|---|